IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-02438-REB-CBS

RONALD GENE RENO,

      Plaintiff,

v.

CITY OF PUEBLO,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Under Rule 41** [#14] filed April 18, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion To Dismiss Under Rule 41** [#14] filed April 18, 2011, is **GRANTED**;

2. That the Trial Preparation Conference set for November 4, 2011, is **VACATED**;

3. That the jury trial set to commence November 28, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated April 18, 2011, at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Bob Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge